IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GLORIA PUMPHREY, *ET AL.*,

          Plaintiffs,

v.                                                         Civil Action No. 3:11-CV-574-JAG

EXPERIAN INFORMATION SOLUTIONS, INC.,

          Defendant.

## **ORDER**

      The parties are directed to jointly submit to the Court a proposed agreed discovery order regarding issues related to class certification. If the parties are unable to agree on the terms of the proposed order, then each party shall submit to the Court a proposed order. The parties are directed to submit the proposed order or orders within fourteen days of the date of this Order.

      It is so ORDERED.

                                                                        /s/
                                              John A. Gibney, Jr.
                                              United States District Judge

Date: <u>November 29, 2011</u>
Richmond, VA