UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GLORIA PUMPHREY and ANGALYN JONES, for themselves and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No.: 3:11-CV-574 |

## JOINT DISCOVERY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26, counsel for Plaintiffs Gloria Pumphrey and Angalyn Jones and Defendant Experian Information Solutions, Inc. have conferred to develop a joint discovery schedule and hereby submit the following agreed scheduling order.

The parties shall exchange initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) by **January 6, 2011.**

The parties will conduct discovery in two phases. Phase I of discovery shall include all discovery, including depositions, regarding the individual claims of Plaintiffs Pumphrey and Jones. Phase I shall include discovery regarding whether any alleged violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*, was "willful" under the terms of the Act. Phase I shall also include all dispositive motions regarding the individual claims of Plaintiffs Pumphrey and Jones.

- 2 -

Following this Court's rulings on the dispositive motions from Phase I, the parties will enter Phase II of discovery. Phase II of discovery shall include issues regarding class certification as well as any other remaining issues required to prepare for a trial of these matters.

The limits set forth in the Federal Rules shall govern Phase I discovery except that each party shall be limited to a total of three non-party depositions in Phase I per case. Unless otherwise stipulated or ordered by the Court, each deposition, including expert depositions, shall be limited to 1 day of 7 hours.

The parties shall serve initial expert witness disclosures, pursuant to Fed. R. Civ. P. 26(a)(2)(B), by **April 2, 2012**. The parties shall serve rebuttal expert disclosures by **April 23, 2012**. The parties shall complete all Phase 1 expert depositions by **May 14, 2012**.

All Phase I fact discovery shall be completed by **May 14, 2012**.

All Phase I dispositive motions shall be completed by **June 8, 2012**. Opposition briefs shall be filed by **June 29, 2012**. Reply briefs shall be filed by **July 13, 2012**. In the event that a motion is filed on an earlier date, opposition briefs shall be filed within twenty-one calendar days of filing of the motion, reply briefs shall be filed within fourteen days of filing of opposition briefs.

This Court will subsequently conduct hearings on the dispositive motions, if necessary.

If Plaintiffs' claims survive this Court's decisions on the dispositive motions, the parties will hold a subsequent discovery conference for Phase II no later than fourteen days after the Court's rulings are issued. Promptly thereafter, the parties will submit to the Court their proposed discovery plan for Phase II.

The parties have discussed all other items required by Rule 26(f).

The following shall summarize the deadlines in these cases:

| Activity | Deadline |
|---|---|
| Deadline to exchange Fed. R. Civ. P. 26(a)(1) initial disclosures | January 6, 2012 |
| Deadline to serve initial Fed. R. Civ. P. 26(a)(2)(B) expert disclosures as to Phase I issues | April 2, 2012 |
| Deadline to serve rebuttal expert disclosures | April 23, 2012 |
| Deadline for completing Phase I expert depositions | May 14, 2012 |
| Close of Phase I fact discovery (including depositions and production of written discovery) | May 14, 2012 |
| Deadline to file Phase I dispositive motions | June 8, 2012 |
| Deadline to file responses to Phase I dispositive motions | June 29, 2012 |
| Deadline to file replies to Phase I dispositive motions | July 13, 2012 |
| Hearing on dispositive motions | To be determined, 2012 /s/ |

Entered this 3 day of ~~December, 2011~~ January, 2012

/s/
John A. Gibney, Jr.
United States District Judge

Hon. John A. Gibney, Jr.
United States District Judge

- 4 -

| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR DEFENDANT: |
|---|---|
| Dale Pittman<br>Virginia State Bar No. 15673<br>The Law Office of Dale W. Pittman, P.C.<br>112-A W Tabb St.<br>Petersburg, VA 23803-3212<br>Telephone: (804) 861-6000<br>Facsimile: (804) 861-3368<br>Email: dale@pittmanlawoffice.com | Daniel J. McLoon (pro hac pending)<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071.<br>Telephone: (213) 243-2580<br>Facsimile: (213) 243-2539<br>Email: djmcloon@jonesday.com |
| Leonard A Bennett<br>Virginia State Bar No. 37523<br>Consumer Litigation Associates, P.C.<br>12515 Warwick Boulevard, Suite 100<br>Newport News, VA 23606<br>Telephone: (757) 930-3660<br>Facsimile: (757) 930-3662<br>Email: lenbennett@clalegal.com | Joseph W. Clark<br>Virginia State Bar No. 42664<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113<br>Telephone: (202) 879-3697<br>Facsimile: (202) 626-1700<br>Email: jwclark@jonesday.com |
| Matthew J. Erausquin<br>Consumer Litigation Associates, P.C.<br>1800 Diagonal Road, Suite 600<br>Alexandria, VA 22314<br>Telephone: (703) 273-7700<br>Facsimile: (888) 892-3512<br>Email: matt@clalegal.com | |