**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **GLORIA PUMPHREY and ANGALYN JONES, for themselves and on behalf of all similarly situated individuals,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendant.** | Civil Action No.: 3:11-CV-574 |

## JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

Plaintiffs Gloria Pumphrey and Angalyn Jones and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective attorneys of record, respectfully request that the Court enter the accompanying Stipulated Protective Order (attached as Exhibit 1) to facilitate document disclosure and production in this matter and to protect the parties' confidential proprietary and/or business information.

Dated: February 29, 2012

...

/s/ Leonard A. Bennett
Leonard A. Bennett, Esq.
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com
*Attorney for Plaintiffs*

Matthew J. Erausquin
CONSUMER LITIGATION
ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7700
Fax: (888) 892-3512
Email: matt@clalegal.com
*Attorney for Plaintiffs*

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Tel: (804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com
*Attorney for Plaintiffs*

/s/ Joseph W. Clark
Joseph W. Clark

Daniel J. McLoon (pro hac vice)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 243 – 2580
Fax:  (213) 243 – 2539
E-mail: djmcloon@jonesday.com
*Attorney for Defendant*

Joseph W. Clark
Virginia State Bar No. 42664
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001-2113
Telephone:  (202) 879 – 3697
Fax:  (202) 626 – 1700
E-mail: jwclark@jonesday.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing to the following:

>Matthew J. Erausquin
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Tel: (703) 273-7700
>Fax: (888) 892-3512
>Email: matt@clalegal.com
>
>Leonard A. Bennett
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, VA 23606
>Tel: (757) 930-3660
>Fax: (757) 930-3662
>Email: lenbennett@clalegal.com
>
>Dale W. Pittman
>The Law Office of Dale W. Pittman, P.C.
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, Virginia 23803
>Tel: (804) 861-6000
>Fax: (804) 861-3368
>Email: dale@pittmanlawoffice.com
>
>*Counsel for Plaintiffs*
>*Gloria Pumphrey and Angalyn Jones*

/s/ Joseph W. Clark
Joseph W. Clark, Esq.

*Attorney for Defendant*
*Experian Information Solutions, Inc.*