IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GLORIA PUMPHREY, *et al*,
*For herself and on behalf of all similarly situated individuals*,

        Plaintiff

        v.                        Civil Action No. 3:11-cv-00574-JAG

EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant.

## ORDER

THIS MATTER was stayed on April 18, 2011, pending the resolution of *Equifax Information Services, LLC v. Soutter*, No. 11-168, in the U.S. Court of Appeals for the Fourth Circuit. The Court found that there were substantial issues to be addressed in *Equifax Information Services, LLC v. Soutter* that would affect the outcome of the matter presently before the Court.

The Court hereby DIRECTS the parties to file a status update within ten (10) days of this Order on the proceedings before the Fourth Circuit. The parties shall also explain whether there exists good cause for this case to remain stayed.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: July 26, 2012
Richmond, VA

                                          /s/
                                   John A. Gibney, Jr.
                                   United States District Judge