UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GLORIA PUMPHREY and ANGALYN JONES, *for themselves and on behalf of all similarly situated individuals*, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS, LLC )<br>)<br>Defendant. ) | Civil Action No. 3:11cv574 |

## MOTION FOR ENLARGEMENT OF TIME

COME NOW the Plaintiffs, by counsel, pursuant to Fed. R. Civ. P. 6(b), and for the reasons stated in the accompanying Memorandum in Support, respectfully moves the Court for an Enlargement of Time within which to respond to the Defendant's Rule 12(c) Motion for Judgment on the Pleadings and Dismissal of Plaintiffs' Class Allegations (Docket No. 24) to January 4, 2013.

Respectfully submitted,
**GLORIA PUMPHREY and ANGALYN JONES,**
for themselves and on behalf of all similarly situated individuals

By: _____/s/_____
Of Counsel

LEONARD A. BENNETT, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com

MATTHEW J. ERAUSQUIN, VSB No. 65434
JANELLE E. MASON, VSB No. 82389
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:　(703) 273-7700
Fax:　(888) 892-3512
matt@clalegal.com
janelle@clalegal.com

DALE W. PITTMAN, VSB No. 15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Tel:　(804) 861-6000
Fax:　(804) 861-3368
dale@pittmanlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joseph W. Clark
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Tel:    202-879-3697
Fax:    202-626-1700
jwclark@jonesday.com

Daniel J. McLoon
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Tel:    213-243-2580
Fax:    213-243-2539
djmcloon@jonesday.com

*Counsel for the Defendant*

                                                  /s/
                                    Leonard A. Bennett, VSB No. 37523
                                    *Counsel for the Plaintiffs*
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    763 J Clyde Morris Boulevard, Suite 1A
                                    Newport News, VA 23601
                                    Tel:    (757) 930-3660
                                    Fax:    (757) 930-3662
                                    lenbennett@clalegal.com