UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GLORIA PUMPHREY and ANGALYN JONES, *for themselves and on behalf of all similarly situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, LLC<br><br>Defendant. | Civil Action No. 3:11cv574 |

## MOTION FOR ENLARGEMENT OF TIME

COME NOW the Plaintiffs, by counsel, pursuant to Fed. R. Civ. P. 6(b), and for the reasons stated in the accompanying Memorandum in Support, respectfully moves the Court for an Enlargement of Time within which to respond to the Defendant's Rule 12(c) Motion for Judgment on the Pleadings and Dismissal of Plaintiffs' Class Allegations (Docket No. 24) to January 4, 2013.

Respectfully submitted,
**GLORIA PUMPHREY and
ANGALYN JONES,**
for themselves and on behalf of all similarly situated individuals

By: _____/s/_____
Of Counsel

LEONARD A. BENNETT, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Tel:   (757) 930-3660
Fax:   (757) 930-3662
lenbennett@clalegal.com

**SO ORDERED**

1/2/13   /s/
John A. Gibney, Jr.
United States District Judge

MATTHEW J. ERAUSQUIN, VSB No. 65434
JANELLE E. MASON, VSB No. 82389
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7700
Fax:   (888) 892-3512
matt@clalegal.com
janelle@clalegal.com

DALE W. PITTMAN, VSB No. 15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Tel:   (804) 861-6000
Fax:   (804) 861-3368
dale@pittmanlawoffice.com