IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GLORIA PUMPHREY and ANGALYN JONES, *for themselves and on behalf of all similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> Defendant. | Civil Action No. 3:11-cv-574-JAG |

**REVISED JOINT DISCOVERY SCHEDULING ORDER**

Pursuant to this Court's order on December 4, 2012 (Docket No. 22), counsel for Plaintiffs Gloria Pumphrey and Angalyn Jones and Defendant Experian Information Solutions, Inc., have conferred to develop a revised joint scheduling order. However, Plaintiffs intend to move to consolidate this case with *Soutter v. Equifax Information Services, LLC*, 3:10-cv-107 and *Soutter v. Trans Union, LLC*, 3:10-cv-514 that are currently pending before this Court and will file a consolidated amended complaint if that motion is granted. In addition and in the interim, Plaintiffs have moved for leave to file a first Amended Complaint solely as to Experian. Experian will oppose both of these expected motions.

The parties hereby jointly submit the following agreed scheduling order:

The parties have already exchanged their initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

The parties will conduct discovery in two phases. Phase I of discovery shall be limited to the merits of Plaintiffs' claims that Defendant violated the FCRA with respect to the named Plaintiffs, but shall not include discovery regarding whether or not such violation(s) were

1

systemic or "willful."

The limits set forth in the Federal Rules shall govern Phase I discovery absent agreement by the Parties or leave of the Court. Unless otherwise stipulated or ordered by the Court, each deposition, including expert depositions, shall be limited to 1 day of 7 hours.

The parties shall serve initial expert witness disclosures for Phase I, pursuant to Fed. R. Civ. P. 26(a)(2)(B), by **March 1, 2013**. The parties shall serve rebuttal expert disclosures by **April 1, 2013**. The parties shall complete all Phase I expert depositions by **April 30, 2013**.

All Phase I fact discovery shall be completed by **April 30, 2013**.

All Phase I dispositive motions shall be filed by **May 8, 2013**. Opposition briefs shall be filed within 21 days thereafter. Reply briefs shall be filed within ten days thereafter.

This Court will subsequently conduct hearings on the dispositive motions, if necessary.

If Plaintiffs' claims survive this Court's decisions on the dispositive motions, the parties will hold a subsequent discovery conference for Phase II no later than fourteen days after the Court's rulings are issued. Promptly thereafter, the parties will submit to the Court their proposed discovery plan for Phase II, which will include all issues regarding class certification and whether or not the alleged FCRA violations were "willful".

The parties have discussed all other items required by Rule 26(f).


Entered this ___ day of January, 2013


                                                  _____
                                                  Hon. John A. Gibney, Jr.
                                                  United States District Judge

| COUNSEL FOR THE PLAINTIFFS: | COUNSEL FOR THE DEFENDANT: |
| --- | --- |
| Matthew J. Erausquin, VSB No. 65434<br>Janelle E. Mason, VSB No. 82389<br>Consumer Litigation Associates, P.C.<br>1800 Diagonal Road, Suite 600<br>Alexandria, VA 22314<br>Tel:   (703) 273-7700<br>Fax:   (888) 892-3512<br>matt@clalegal.com<br>janelle@clalegal.com | Joseph W. Clark (VSB No. 42664)<br>Mark R. Lentz (VSB No. 77755)<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, D.C. 20001-2113<br>Tel:   202-879-3697<br>Fax:   202-626-1700<br>jwclark@jonesday.com<br>mrlentz@jonesday.com |
| Leonard A. Bennett, VSB No. 37523<br>Consumer Litigation Associates, P.C.<br>763 J Clyde Morris Boulevard, Suite 1A<br>Newport News, VA 23601<br>Tel:   (757) 930-3660<br>Fax:   (757) 930-3662<br>lenbennett@clalegal.com | Daniel J. McLoon (admitted *pro hac vice*)<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>Tel:   213-243-2580<br>Fax:   213-243-2539<br>djmcloon@jonesday.com |
| Dale W. Pittman, VSB No. 15673<br>The Law Office Of Dale W. Pittman, P.C.<br>The Eliza Spotswood House<br>112-A West Tabb Street<br>Petersburg, Virginia 23803<br>Tel:   (804) 861-6000<br>Fax:   (804) 861-3368<br>dale@pittmanlawoffice.com | |