**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| GLORIA PUMPHREY and ANGALYN JONES, *for themselves and on behalf of all similarly situated individuals*, </br></br>          Plaintiffs, </br></br>v. </br></br>EXPERIAN INFORMATION SOLUTIONS, INC. </br></br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 3:11cv574 |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE**
**TO FILE AN AMENDED COMPLAINT**

On January 7, 2013, the Plaintiffs moved this court for leave to file an amended complaint (Docket No. 32). Plaintiffs now withdraw their Motion for Leave to File an Amended Complaint pending the rulings on the Defendant's Motion for Judgment on the Pleadings and Dismissal of Plaintiffs' Class Allegations (Docket No. 24) and Plaintiffs' Motion for Leave to Dismiss Their Complaint (Docket No. 43).

                              Respectfully submitted,
                              **GLORIA PUMPHREY and**
                              **ANGALYN JONES,**
                              for themselves and on behalf of all similarly
                              situated individuals


                              By:    /s/ Janelle E. Mason
                                     Of Counsel

Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiffs*
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7770
Fax:   (888) 892-3512
janelle@clalegal.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 8th day of February, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joseph W. Clark
Mark R. Lentz
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Tel: 202-879-3697
Fax: 202-626-1700
jwclark@jonesday.com
mrlentz@jonesday.com

Daniel J. McLoon (pro hac vice)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Tel: 213-243-2580
Fax: 213-243-2539
djmcloon@jonesday.com

*Counsel for the Defendant*

                /s/ Janelle E. Mason
              Janelle E. Mason, VSB No. 82389
              *Counsel for the Plaintiffs*
              Consumer Litigation Associates, P.C.
              1800 Diagonal Road, Suite 600
              Alexandria, VA 22314
              Tel: (703) 273-7770
              Fax: (888) 892-3512
              janelle@clalegal.com